# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00256-LJO-SKO |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW |
| v. | (ECF Nos. 77, 87, 89) |
| ARMANDO ACOSTA TORO, | |
| Defendant. | |

On December 6, 2019, Defendant Armando Acosta Toro filed a motion for bail review to be placed on pretrial release. A hearing was scheduled before Magistrate Judge Erica P. Grosjean on December 11, 2019 and was continued at Defendant's request after Defendant filed supplemental brief requesting the hearing be set before the undersigned. The Government filed an opposition on December 13, 2019. The continued hearing on Defendant's motion was held December 18, 2019 before the undersigned. Defendant appeared in custody with counsel Kevin Rooney and was assisted by a Spanish language interpreter. Counsel Joe Barton appeared for the Government. Having considered the moving papers and the arguments presented at the December 18, 2019 hearing the Court shall deny Defendant's motion for bail review.

For the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, do not ensure the Defendant's appearance or the safety of the community. Therefore, Defendant's motion for bail review and release on conditions is

1

DENIED.  The Defendant remains detained as a flight risk and danger.

IT IS SO ORDERED.

Dated:  **December 18, 2019**

_____
UNITED STATES MAGISTRATE JUDGE