Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ARMANDO TORO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARMANDO TORO,<br><br>　　　　Defendant. | Case No.: 1:19 CR 256 NONE/SKO<br><br>MOTION AND ORDER TO SHORTEN TIME RE DEFENDANT TORO'S MOTION FOR TEMPORARY RELEASE FROM PRETRIAL DETENTION AND/OR BAIL REVIEW DUE TO DANGER STEMMING FROM COVID-19 COMPLICATIONS<br><br>PURSUANT TO LOCAL RULE 144(e) |

　　　　Defendant Armando Toro hereby moves the Court to shorten the time for hearing his motion for temporary release and/or bail review. Defense counsel and government counsel have stipulated for the motion to be heard on Friday, July 24, 2020, or the next available date for the Court.

　　　　The motion was served on Friday, July 17, 2020. Local Rule 430.1(c) provides that a hearing must be set not less than 14 days after the filing of the motion. Local Rule 144(e) permits a motion shortening time.

///

///

1

This motion to shorten time will be based on this notice of motion, and the attached stipulation by counsel, as well as all papers and records in this case.

Dated: July 17, 2020                                     Respectfully submitted,

                                                           /s Kevin Rooney
                                                          KEVIN P. ROONEY
                                                          Attorney for defendant
                                                          ARMANDO TORO

<u>Joint Stipulation By Attorney Kevin P. Rooney and Assistant United States Attorney Jeffrey Spivak</u>

1. , in the above captioned case, Kevin Rooney is the attorney of record for defendant Armando Toro, and Jeffrey Spivak is the attorney of record for the United States.

2. The substantive motion at issue addresses Mr. Toro's release from PreTrial custody – pursuant to either a temporary release or newly fashioned conditions of PreTrial Release.

3. Attorney Rooney believes the motion should be heard as expeditiously as possible due to ongoing health concerns and AUSA Spivak does not object to the proposed shortening of time.

///

///

4. Both counsel stipulate and agree that the Court would schedule a hearing on the motion to be heard on Friday, July 24, 2020 at 10:00 a.m. before the Court or on the next available date and time found suitable by the Court.

**SO STIPULATED:**

Dated: July 17, 2020 /s Jeffrey Spivak
Assistant United States Attorney
JEFFREY SPIVAK

Dated: July 17, 2020 /s Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
ARMANDO TORO

ORDER

IT IS HEREBY ORDERED that the hearing for the above-referenced motion shall be heard on the 24th day of July, 2020 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **July 20, 2020**  

_____
UNITED STATES DISTRICT JUDGE

3