Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ARMANDO  ACOSTA TORO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19 CR 256  JLT/SKO |
| Plaintiff, | ORDER FOR IMMEDIATE RELEASE |
| vs. | |
| ARMANDO  ACOSTA TORO, | Hon. Jennifer L. Thurston |
| Defendant. | |

On September 30, 2024, in the above captioned case, the Court sentenced defendant Armando Acosta Toro to Time Served.

Accordingly, it is HEREBY ORDERED that Mr. Acosta Toro is to be immediately released from custody in the above-captioned case.

IT IS SO ORDERED.

Dated:  **September 30, 2024**

_____
UNITED STATES DISTRICT JUDGE

1